IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re BATH and KITCHEN FIXTURES ANTITRUST LITIGATION | MASTER DOCKET NO. 05-cv-00510 MAM |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

Plaintiffs hereby give notice that the above captioned actions are dismissed pursuant to Rule 41(a)(1)(i), Fed. R. Civ. P.

*Joseph C. Kohn/SAA*
Joseph C. Kohn, Esq.
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

*Gerald J. Rodos/SAA*
Gerald J. Rodos, Esq.
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600
(215) 963-0838 (fax)

*Steven A. Asher*
Steven A. Asher, Esq.
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200
(215) 545-6535 (fax)

*Warren Rubin/SAA*
Warren Rubin, Esq.
LAW OFFICES OF BERNARD M. GROSS
John Wanamaker Building, Suite 450
Juniper and Market Streets
Philadelphia, PA 19107
(215) 561-3600
(215) 561-3000 (fax)

INTERIM CO-LEAD COUNSEL FOR PLAINTIFFS

Dated: August 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re BATH and KITCHEN FIXTURES ANTITRUST LITIGATION | MASTER DOCKET NO. 05-cv-00510 MAM |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I, Steven A. Asher, Esq., hereby certify that a true and correct copy of the Notice of Dismissal Pursuant to Rule 41(a)(1)(i) was served via Facsimile and First Class Mail upon all counsel of record on the attached Service List.

Steven A. Asher

Date: August 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re BATH and KITCHEN FIXTURES ANTITRUST LITIGATION | : MASTER DOCKET NO. : 05-cv-00510 MAM : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : JURY TRIAL DEMANDED : : |

## SERVICE LIST

Margaret M. Zwisler, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Phone: (202) 637-2200
Facsimile: (202) 637-2201

Robert A. Rosenfeld, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Phone: (415) 772-6000
Facsimile: (415) 772-6268

Mitchell E. Zamoff, Esq.
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Phone: (202) 637-5477
Facsimile: (202) 637-5910

Richard J. Favretto, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 200006-1101
Phone: (202) 263-3000
Facsimile: (202) 263-3300

David Newmann, Esq.
Hogan & Hartson LLP
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Phone: (267) 675-4610
Facsimile: (267) 675-4601

Peter Breslauer, Esq.
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street, 24th Floor
Philadelphia, PA 19109
Phone: (215) 772-1500
Facsimile: (215) 772-7620

Gerald J. Rodos
Barrack Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: 215-963-0600
Fax: 215-963-0838

H. Laddie Montague, Jr.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: 1-800-424-6690
Fax: 215-875-4604

Bernard M. Persky
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017-5563
Phone: 212.907.0700
Fax: 212.818.0477

Gregory P. Hansel
Preti, Flaherty, Beliveau & Pachios LLC
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Phone: 207-443-5576
Fax: 207-443-6665

Steven J. Greenfogel
Daniel B. Allanoff
Meredith Cohen Greenfogel & Skirnick P.C.
Architects Building
117 South 17th Street, 22nd Floor
Philadelphia, PA 19103
Phone: 215-564-5182
Fax: 215-569-0958

Howard J. Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: 215-592-1500
Fax: 215-592-4663

Joseph C. Kohn
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: 215- 238-1700
Fax: 215-238-1968

Warren Rubin
Law Offices of Bernard M. Gross, P.C.
450 John Wanamaker Building
Philadelphia, PA 19107
Phone: (215) 561-3600
Fax: (215) 561-3000

Lawrence E. Feldman
Lawrence E. Feldman & Associates
101 Greenwood Avenue
Jenkintown Plaza, Suite 200
Jenkintown, PA 19046
Phone: 215-885-3302
Fax: 215-885-3303

Marc H. Edelson
Edelson & Associates, LLC
45 W. Court Street
Doylestown, PA 18901
Phone: 215-230-8043
Fax: 215-230-8735

Michael D. Hausfeld, Esquire
Cohen, Milstein, Hausfeld & Toll P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Phone: 202-408-4600
Fax: 202-408-4699

Anthony J. Bolognese
Joshua H. Grabar
Bolognese & Associates, LLC
One Penn Center
1617 JFK Blvd, Suite 650
Philadelphia, PA 19103
Phone: 215-814-6750
Fax: 215-814-6764

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601
Phone: 717-892-3000
Fax: 717-892-1200

Larry S. Keiser
Law Offices Of Larry S. Keiser
138 South Main Street
P.O. Box 220
Wilkes-Barre, PA 18703
Phone: 570-822-2929
Fax: 570-822-2931

Roberta D. Liebenberg
Fine, Kaplan & Black, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Phone: 215-567-6565
Fax: 215-568-5872

Richard A. Lockridge
W. Joseph Bruckner
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
Phone: 612-339-6900
Fax: 612-339-0981

Diane A. Nygaard
Susan F. Meagher
The Nygaard Law Firm
4501 College Blvd., Suite 260
Leawood, KS 66211
Phone: 913-469-5544
Fax: 913-469-1561